John Lytle  (CA SBN 291546)
JLytle@napolibern.com
Hunter J. Shkolnik (NY SBN 2031458, CA Pro Hoc Vice Status Pending)
HShkolnik@napolibern.com
**NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP**
111 Corporate Drive, Suite 225
Ladera Ranch, CA  92694
Telephone: (949) 234-6032
Facsimile:  (949) 429-0892

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PLUMMER, et al., <br><br> Plaintiff, <br><br> vs. <br> MEDTRONIC INC. et al., <br><br> Defendants. | Case No. 2:14-cv-00961-GW-FFM <br><br> **CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of February, a true and correct copy of the documents listed below have been E-filed with the Court and served on all counsel of record listed on CM/ECF.

- **NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL FOR DEFENDANTS**

DATED: February 13, 2014                    NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP


By: /s/ Ryan D. Henry
Ryan Henry/Paralegal
Rhenry@NapoliBern.com