Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Lisa M. Baird (SBN 179958)
lbaird@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
Nabil A. Bisharat (SBN 270305)
nbisharat@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., Medtronic Vertelink, Inc., Wyeth LLC (erroneously sued as Wyeth, Inc.), Wyeth Pharmaceuticals Inc., Pfizer Inc., Alex Bolanos, Kevin Bradley, Debbie Pagach, and Maral Amiri

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHARD PLUMMER, JOHNNY BALLINGER, TIMERY UEBBING, TERRY MARTINEZ, TABATHIA GATES, SHARON WHITE, SARA MCMILLAN, ROSILAND SPENCER, RONDA HOULE, NINA VINCENT, MICHAEL MCMILLAN, MAUREEN JACQUES, LORI SHOULDERS, LEONARD HUNTER, JIMMY WEEKS, ISABEL BUCKHOLDT, DYLAN WEST, AUDRA GUERRETTAZ, HASKELL CROFT, DAWN TRUAX, SHANNON COMPSTON, DEREK DAVIS, NORVEL DICKENS, GANA BRETT, JIMMY HENDRICK, JEFFERY HINES, BRENDA LANDIS, PATRICK MCCOY, JOHN MANCUSO, MARSHA MORRIS, ANTHONY NORMIL, PIO EMILIA, NANCY SCHREIBER, WILLIE STANBERRY JR., DOUGLAS PRESTIDGE, MARYANNE WAGNER, BYOTHA THOMAS, PATRICIA SHEPARD, ROSEMARY PENTON, NICHOLAS SCHULTZ, MARY TIMMONS, MELODIE WARD, CYNTHIA GIBSON, SHEILA

Case No. 2:14-cv-00961-GW-FFMx

**DEFENDANTS MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC VERTELINK, INC., WYETH LLC (ERRONEOUSLY SUED AS WYETH, INC.), WYETH PHARMACEUTICALS, INC. , AND PFIZER INC.'S NOTICE OF MOTION AND MOTION TO SEVER PLAINTIFFS' CLAIMS**

Date: April 3, 2014
Time: 8:30 a.m.
Place: Courtroom 10

FAC Filed: December 18, 2013

Honorable George H. Wu

[Filed concurrently with Memorandum of Points and Authorities; [Proposed] Order; also filed concurrently with Defendants' Motion to Transfer]

GOODMAN-GILBERT, KRISTAL REED, PENNY ROMERO, SHIRLEY HANEY, KAREN SAPPINGTON, LINDA THOMPSON, and SCOTT SMITH,

Plaintiffs

vs.

MEDTRONIC, INC. MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC VERTELINK, INC., WYETH INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., DR. GARY K. MICHELSON, ALEX BOLANOS, KEVIN BRADLEY, DEBBIE PAGACH, MARAL AMIRI, and DOES 1 THROUGH 100, inclusive,

Defendants.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 3, 2014, at 8:30 a.m., the Honorable George H. Wu presiding, in Courtroom 10 of the above-entitled Court, Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., Medtronic Vertelink, Inc., Wyeth LLC (erroneously sued as Wyeth, Inc.), Wyeth Pharmaceuticals Inc., and Pfizer Inc., (collectively "Defendants") will move this Court for an order granting a motion to sever the claims of the Plaintiffs on the grounds that the claims of these individuals do not meet the standard for proper joinder. Plaintiffs do not assert any joint, several or alternative right to relief arising out of the same transaction, occurrence, or series of transactions or occurrences, and there are no common questions of law or fact between the cases. Fed. R. Civ. P. 20 & 21; *Coughlin v. Rogers*, 130 F.3d 1348, 1350 (9th Cir. 1997) (holding that joinder of multiple plaintiffs was improper because the factors set out in Rule 20 governing permissive joinder were not satisfied).

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 7, 2014. Medtronic's Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the pleadings and papers filed herein, and any oral argument the Court considers.

Dated: February 14, 2014 REED SMITH LLP

By /s/ Michael K. Brown
Michael K. Brown
Lisa M. Baird
Mildred Segura
Nabil A. Bisharat
*Attorneys for Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., Medtronic Vertelink, Inc., Wyeth LLC (erroneously sued as Wyeth, Inc.), Wyeth Pharmaceuticals Inc., Pfizer Inc., Alex Bolanos, Kevin Bradley, Debbie Pagach, and Maral Amiri*