Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Lisa M. Baird (SBN 179958)
lbaird@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
Nabil A. Bisharat (SBN 270305)
nbisharat@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

Telephone: 213.457.8000
Facsimile: 213.457.8080

Attorneys for Defendants
Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., Medtronic Vertelink, Inc., Wyeth LLC (erroneously sued as Wyeth, Inc.), Wyeth Pharmaceuticals Inc., Pfizer Inc., Alex Bolanos, Kevin Bradley, Debbie Pagach, and Maral Amiri

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHARD PLUMMER, JOHNNY BALLINGER, TIMERY UEBBING, TERRY MARTINEZ, TABATHIA GATES, SHARON WHITE, SARA MCMILLAN, ROSILAND SPENCER, RONDA HOULE, NINA VINCENT, MICHAEL MCMILLAN, MAUREEN JACQUES, LORI SHOULDERS, LEONARD HUNTER, JIMMY WEEKS, ISABEL BUCKHOLDT, DYLAN WEST, AUDRA GUERRETTAZ, HASKELL CROFT, DAWN TRUAX, SHANNON COMPSTON, DEREK DAVIS, NORVEL DICKENS, GANA BRETT, JIMMY HENDRICK, JEFFERY HINES, BRENDA LANDIS, PATRICK MCCOY, JOHN MANCUSO, MARSHA MORRIS, ANTHONY NORMIL, PIO EMILIA, NANCY SCHREIBER, WILLIE STANBERRY JR., DOUGLAS PRESTIDGE, MARYANNE WAGNER, BYOTHA THOMAS, PATRICIA SHEPARD, ROSEMARY PENTON, NICHOLAS SCHULTZ, MARY TIMMONS, MELODIE WARD, CYNTHIA GIBSON, SHEILA GOODMAN-GILBERT, KRISTAL

Case No. 2:14-cv-00961-GW-FFMx

**[PROPOSED] ORDER GRANTING DEFENDANTS MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC VERTELINK, INC., WYETH LLC (ERRONEOUSLY SUED AS WYETH, INC.), WYETH PHARMACEUTICALS INC., AND PFIZER INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**

Date: April 3, 2014
Time: 8:30 a.m.
Place: Courtroom 10

FAC Filed: December 18, 2013

Honorable George H. Wu

[Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities; Declaration of Mildred Segura; Declaration of Jerri Province; Declaration of Bill McKay;

| | |
|---|---|
| REED, PENNY ROMERO, SHIRLEY HANEY, KAREN SAPPINGTON, LINDA THOMPSON, and SCOTT SMITH,<br><br>Plaintiffs<br><br>vs.<br><br>MEDTRONIC, INC. MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC VERTELINK, INC., WYETH INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., DR. GARY K. MICHELSON, ALEX BOLANOS, KEVIN BRADLEY, DEBBIE PAGACH, MARAL AMIRI, and DOES 1 THROUGH 100, inclusive,<br><br>Defendants. | Declaration of Anne Ziebell; Declaration of Sheila Brodbeck; also filed concurrently with Defendants' Motion to Sever] |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc. ("MSD"), Medtronic Vertelink, Inc. ("Vertelink"), Wyeth LLC (erroneously sued as Wyeth, Inc.), Wyeth Pharmaceuticals Inc., and Pfizer Inc.'s (collectively, "Defendants") Motion To Transfer Pursuant To 28 U.S.C. § 1404(a) came on hearing before the Honorable George H. Wu on April 3, 2014 at 8:30 a.m., in Courtroom 10 of the above-entitled Court.

After considering the parties' moving papers, supporting evidence, declarations, and the arguments of counsel at the hearing, and good cause appearing, following the dismissal of the claims of the forty-five non-California Plaintiffs pursuant to Rules 20 and 21 of the Federal Rules of Civil Procedure, the Court finds that the interests of justice and convenience to the parties would best be served by transferring their cases to their home District Courts pursuant to 28 U.S.C. § 1404(a), as their home districts are those in which they reside, and because Plaintiffs' First Amended Complaint and subsequent Opposition to Defendants' Motion fails to establish that the Central District of California is a more convenient forum for the California parties involved in this action.

As such, Defendants' Motion to Transfer for Convenience Pursuant to 28 U.S.C. § 1404(a) is **GRANTED**, and this case, with the California plaintiffs as the sole plaintiffs, is **ORDERED** transferred to the California District Courts encompassing the jurisdictions in which each California plaintiff resides. In order to facilitate these transfers, each California plaintiff is further **ORDERED** to identify the city of his or her residence, and the clerk shall transfer each individual action to the Plaintiff's home District pursuant to 28 U.S.C. § 1404(a) once each Plaintiff has identified the city of his or her residence.

**IN THE ALTERNATIVE:** This Court separately orders the claims of the forty-five non-California Plaintiffs severed from those of the five California plaintiffs. It is now hereby **ORDERED** that Defendants' Motion to Transfer for Convenience Pursuant to 28 U.S. c. § 1404(a) is **GRANTED**; and the Court **FURTHER ORDERS**

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

(1) each Plaintiff to identify the city and state of his or her residence in the individual complaints to be filed in the respective separate actions to be created following severance; (2) the clerk to transfer each individual action, save those of the Plaintiffs from Tennesse, New York, and New Jersey, MSD (TN), Pfizer (NY), and Wyeth (NJ) ones, to the Plaintiff's home District pursuant to 28 U.S.C. § 1404(a) once each Plaintiff has identified the city and state of his or her residence. The Court **FURTHER ORDERS** the claims of those Plaintiffs from Tennessee, New York, and New Jersey dismissed without prejudice for each Plaintiff from these states to refile their claims in their home states.

Dated this day _____ of __________, 2014.

_______________________________
Honorable George H. Wu
United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware