Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Lisa M. Baird (SBN 179958)
lbaird@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
Nabil A. Bisharat (SBN 270305)
nbisharat@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071

Telephone:  213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendants
Medtronic, Inc., Medtronic Sofamor
Danek USA, Inc., Medtronic Vertelink,
Inc., Wyeth LLC (erroneously sued as
Wyeth, Inc.), Wyeth Pharmaceuticals
Inc., Pfizer Inc., Alex Bolanos, Kevin
Bradley, Debbie Pagach, and Maral
Amiri

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PLUMMER, JOHNNY BALLINGER, TIMERY UEBBING, TERRY MARTINEZ, TABATHIA GATES, SHARON WHITE, SARA MCMILLAN, ROSILAND SPENCER, RONDA HOULE, NINA VINCENT, MICHAEL MCMILLAN, MAUREEN JACQUES, LORI SHOULDERS, LEONARD HUNTER, JIMMY WEEKS, ISABEL BUCKHOLDT, DYLAN WEST, AUDRA GUERRETTAZ, HASKELL CROFT, DAWN TRUAX, SHANNON COMPSTON, DEREK DAVIS, NORVEL DICKENS, GANA BRETT, JIMMY HENDRICK, JEFFERY HINES, BRENDA LANDIS, PATRICK MCCOY, JOHN MANCUSO, MARSHA MORRIS, ANTHONY NORMIL, PIO EMILIA, NANCY SCHREIBER, WILLIE STANBERRY JR., DOUGLAS PRESTIDGE, MARYANNE WAGNER, BYOTHA THOMAS, PATRICIA SHEPARD, ROSEMARY PENTON, NICHOLAS SCHULTZ, MARY TIMMONS, MELODIE WARD, CYNTHIA GIBSON, SHEILA | Case No.: 2:14-cv-00961 GW-FFMx <br><br> **MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC., AND MEDTRONIC VERTELINK, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS** <br><br> Date:         April 3, 2014 <br> Time:         8:30 a.m. <br> Place:         Courtroom 10 <br><br> First Amended <br> Complaint Filed:  December 18, 2013 <br><br> Case Removed:   February 7, 2014 <br><br> Honorable George H. Wu <br><br> [Filed concurrently with Defendants' Memorandum of Points and Authorities in Support; Request for Judicial Notice; and [Proposed] Order] |

US_ACTIVE-116414342.1

MEDTRONIC DEFENDANTS' NOTICE OF MOTION AND MOTION TO
DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

GOODMAN-GILBERT, KRISTAL REED, PENNY ROMERO, SHIRLEY HANEY, KAREN SAPPINGTON, LINDA THOMPSON, and SCOTT SMITH,

                  Plaintiffs

      vs.

MEDTRONIC, INC. MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC VERTELINK, INC., WYETH INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., DR. GARY K. MICHELSON, ALEX BOLANOS, KEVIN BRADLEY, DEBBIE PAGACH, MARAL AMIRI, and DOES 1 THROUGH 100, inclusive,

                  Defendants.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

MEDTRONIC DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 3, 2014, at 8:30 a.m., or a date to be determined by the Court, the Honorable George H. Wu presiding, in Courtroom 10 of the above-entitled Court, Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Vertelink, Inc., (collectively "Medtronic") will move this Court for an order granting a motion to dismiss under Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6) in favor of Medtronic, on the ground that Plaintiffs' First Amended Complaint fails to state any claims upon which relief can be granted.

Medtronic's motion to dismiss is made on the ground that each of Plaintiffs' state law tort claims in the First Amended Complaint are preempted by the Medical Device Amendments to the Food, Drug and Cosmetic Act (21 U.S.C. § 360k(a)) and are also impliedly preempted. *Riegel v. Medtronic, Inc.*, 552 U.S. 312 (2008); *Buckman Co. v. Plaintiffs' Legal Committee*, 531 U.S. 341 (2001). Further, Plaintiffs' misrepresentation and fraud claims must be dismissed because they are not alleged with the requisite particularity required by Rule 9(b). Similarly, Plaintiffs' breach of express and implied warranty claims fail to plead sufficient facts to satisfy Rule 8, and further, Medtronic explicitly disclaimed all warranties in its labeling. Plaintiffs' breach of implied warranty claim is also barred by Civil Code Section 1793.02 because no implied warranty of fitness exists for an "assistive device" such as the Infuse Device. Meanwhile, Plaintiffs' Negligence per se claim must fail because it is not an independent cause of action under California law. Finally, the "strict liability—design defect" claim is barred by California adoption of the Restatement (Second) of Torts § 402A Comment k.

As a result, Plaintiffs cannot state a claim against Medtronic, and the First Amended Complaint should be dismissed with prejudice.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 7, 2014. Medtronic's Motion is based on this Notice of

– 2 –

Motion and Motion, the Memorandum of Points and Authorities, Medtronic's Request for Judicial Notice and supporting Exhibits, and the pleadings and papers filed herein.

Dated:  February 14, 2014                REED SMITH LLP


                                         By___/s/ Michael K. Brown_____
                                              Michael K. Brown
                                              Lisa M. Baird
                                              Mildred Segura
                                              Nabil A. Bisharat
                                              *Attorneys for Defendants Medtronic, Inc.,*
                                              *Medtronic Sofamor Danek USA, Inc.,*
                                              *Medtronic Vertelink, Inc., Wyeth LLC*
                                              *(erroneously sued as Wyeth, Inc.), Wyeth*
                                              *Pharmaceuticals Inc., Pfizer Inc., Alex*
                                              *Bolanos, Kevin Bradley, Debbie Pagach,*
                                              *and Maral Amiri*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –

MEDTRONIC DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT