Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Lisa M. Baird (SBN 179958)
lbaird@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
Nabil A. Bisharat (SBN 270305)
nbisharat@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071

Telephone:   213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendants
Medtronic, Inc., Medtronic Sofamor
Danek USA, Inc., Medtronic Vertelink,
Inc., Wyeth LLC (erroneously sued as
Wyeth, Inc.), Wyeth Pharmaceuticals
Inc., Pfizer Inc., Alex Bolanos, Kevin
Bradley, Debbie Pagach, and Maral
Amiri

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PLUMMER, JOHNNY BALLINGER, TIMERY UEBBING, TERRY MARTINEZ, TABATHIA GATES, SHARON WHITE, SARA MCMILLAN, ROSILAND SPENCER, RONDA HOULE, NINA VINCENT, MICHAEL MCMILLAN, MAUREEN JACQUES, LORI SHOULDERS, LEONARD HUNTER, JIMMY WEEKS, ISABEL BUCKHOLDT, DYLAN WEST, AUDRA GUERRETTAZ, HASKELL CROFT, DAWN TRUAX, SHANNON COMPSTON, DEREK DAVIS, NORVEL DICKENS, GANA BRETT, JIMMY HENDRICK, JEFFERY HINES, BRENDA LANDIS, PATRICK MCCOY, JOHN MANCUSO, MARSHA MORRIS, ANTHONY NORMIL, PIO EMILIA, NANCY SCHREIBER, WILLIE STANBERRY JR., DOUGLAS PRESTIDGE, MARYANNE WAGNER, BYOTHA THOMAS, PATRICIA SHEPARD, ROSEMARY PENTON, NICHOLAS SCHULTZ, MARY TIMMONS, MELODIE WARD, CYNTHIA GIBSON, SHEILA | Case No.: 2:14-cv-00961 GW-FFMx **DEFENDANTS MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC., AND MEDTRONIC VERTELINK, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** Date:       April 3, 2014 Time:       8:30 a.m. Place:      Courtroom 10 First Amended Complaint Filed:  December 18, 2013 Case Removed:   February 7, 2014 Honorable George H. Wu [Filed concurrently with Notice of Motion and Motion; Request for Judicial Notice; and [Proposed] Order] |

US_ACTIVE-116422079.1

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED COMPLAINT

GOODMAN-GILBERT, KRISTAL REED, PENNY ROMERO, SHIRLEY HANEY, KAREN SAPPINGTON, LINDA THOMPSON, and SCOTT SMITH,

Plaintiffs

vs.

MEDTRONIC, INC. MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC VERTELINK, INC., WYETH INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., DR. GARY K. MICHELSON, ALEX BOLANOS, KEVIN BRADLEY, DEBBIE PAGACH, MARAL AMIRI, and DOES 1 THROUGH 100, inclusive,

Defendants.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Evid. Rule 201(b), Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Vertelink, Inc. (collectively, "Medtronic") request that the Court take judicial notice of the following appended documents in connection with their Motion to Dismiss Plaintiffs' First Amended Complaint:

**Exhibit A:** *FDA Premarket Approval Database Listing for Infuse*, available at FDA's website http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPMA/pma.cfm?start_search=1&PMANumber=P000058&SupplementType=NONE (last visited on February 10, 2014).

**Exhibit B:** *FDA's Premarket Approval Letter for Infuse*, available at FDA's website http://www.accessdata.fda.gov/cdrh_docs/pdf/P000058A.pdf (last visited on February 10, 2014).

**Exhibit C:** *FDA's Premarket Approval Database Listing for PMA Supplement 049 for Infuse*, available at FDA's website http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPMA/pma.cfm?start_search=1&PMANumber=P000058&SupplementNumber=S049 (last visited on February 10, 2014).

**Exhibit D:** *FDA's Premarket Approval Database Listing for PMA Supplement 004 for Infuse*, available at FDA's website http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPMA/pma.cfm?start_search=1&PMANumber=P000058&SupplementNumber=S004 (last visited on February 10, 2014).

**Exhibit: E:** *FDA's Approval Letter for Infuse™ Bone Graft for treatment of acute, open tibial shaft fractures*, available at FDA's website http://www.accessdata.fda.gov/cdrh_docs/pdf/P000054A.pdf (Last visited on February 10, 2014).

**Exhibit F:** *FDA's Approval Letter for Infuse™ Bone Graft for dental regenerative uses (autogenous bone graft for sinus augmentations and localized alveolar ridge augmentations for extraction socket defects),* available at FDA's website http://www.accessdata.fda.gov/cdrh_docs/pdf5/P050053A.pdf (Last visited on February 10, 2014).

**Exhibit: G:** *FDA's Important Medical Information for Infuse™ Bone Graft/LT-Cage™ Lumbar Tapered Fusion Device*, available at FDA's website. http://www.accessdata.fda.gov/cdrh_docs/pdf/P000058C.pdf (Last visited on February 10, 2014).

– 2 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**Exhibit H:  *FDA's Summary of Safety and Effectiveness Data for Infuse™ Bone Graft/LT-Cage™ Lumbar Tapered Fusion Device***, available at FDA's website http://www.accessdata.fda.gov/cdrh_docs/pdf/P000058B.pdf (Last visited on February 10, 2014).

**Exhibit I: *FDA's Important Medical Information for Infuse® Bone Graft/LT-Cage® Lumbar Tapered Fusion Device, Infuse® Bone Graft/INTER FIX™ Threaded Fusion Device, Infuse® Bone Graft/INTER FIX™ RP Threaded Fusion Device – Reduced Profile***, effective February 2012.

**Exhibit J: *FDA's Important Medical Information for Infuse® Bone Graft/LT-Cage® Lumbar Tapered Fusion Device, Infuse® Bone Graft/INTER FIX™ Threaded Fusion Device, Infuse® Bone Graft/INTER FIX™ RP Threaded Fusion Device – Reduced Profile,*** effective June 2009.

**Exhibit K:  *FDA's Important Medical Information for Infuse® Bone Graft/LT-Cage® Lumbar Tapered Fusion Device, Infuse® Bone Graft/INTER FIX™ Threaded Fusion Device, Infuse® Bone Graft/INTER FIX™ RP Threaded Fusion Device – Reduced Profile,*** effective March 2008.

**Exhibit L:  *FDA's Important Medical Information for Infuse® Bone Graft/LT-Cage® Lumbar Tapered Fusion Device, Infuse® Bone Graft/INTER FIX™ Threaded Fusion Device, Infuse® Bone Graft/INTER FIX™ RP Threaded Fusion Device – Reduced Profile,*** effective February 2005.

**Exhibit M:  *FDA's Important Medical Information for Infuse® Bone Graft/LT-Cage® Lumbar Tapered Fusion Device, Infuse® Bone Graft/INTER FIX™ Threaded Fusion Device, Infuse® Bone Graft/INTER FIX™ RP Threaded Fusion Device – Reduced Profile,*** effective December 2003.

This Request is made pursuant to Fed. R. Evid. 201(b)(2), which provides that the Court may take judicial notice of any facts "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." The Court may take notice of publicly available and/or official documents issued by the U.S. Food and Drug Administration ("FDA") because they provide facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.  Fed.R. Evid. 201(b); *see also In re Epogen &*

– 3 –

*Aranesp Off-Label Mktg. & Sales Practices Litig.*, 590 F. Supp. 2d 1282, 1286 (C.D. Cal. 2008) (judicially noticing drug labels that were publicly available on the FDA website); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).  A court is required to take judicial notice where requested by a party and supplied with the necessary information.  Fed. R. Evid. 201(d).

FDA documents are particularly amenable to judicial notice because they are records of an administrative agency.  *Interstate Natural Gas Co. v. S. Cal. Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953); *In re Amgen Inc. Sec. Litig.*, 544 F. Supp. 2d 1009, 1023-24 (C.D. Cal. Feb. 1, 2008) (judicially noticing several items, including drug labeling, FDA health advisories, and the transcript of an FDA drug advisory committee meeting).

Publicly available FDA documents, such as the Premarket Approval letter provided here, are properly the subject of judicial notice in order to demonstrate that the FDA has granted Premarket Approval to a particular device and have been used in other medical device preemption cases.  *Funk v. Stryker Corp.*, 631 F.3d 777, 783 (5th Cir. 2011) (finding that the district court took appropriate judicial notice of a PMA approval letter while granting defendant's motion to dismiss); *Houston v. Medtronic, Inc.*, ---F. Supp. 2d---, 2013 WL 3927839, *1, n.1 (C.D. Cal. July 30, 2013) (taking judicial notice of publicly available FDA records to demonstrate that the Infuse Device had Premarket Approval); *Knoppel v. St. Jude Medical Inc.,* 2013 WL 3803612, *3 (C.D. Cal. May 7, 2013) (same); *Norton v. Independence Technology, LLC*, 2011 WL 3584491, *1, n.1 (E.D. Cal. Aug. 15, 2011) (same); *Covert v. Stryker Corp.*, 2009 WL 2424559, *1 (M.D. N.C. Aug. 5, 2009) (same).  Indeed, judicial notice of such FDA approval and other FDA documents is commonly accepted.  *See, e.g., Heisner v. Genzyme Corp.*, 2008 WL 2940811, *1 (N.D. Ill. July 25, 2008) (taking judicial notice of the fact that the device is a Class III device approved through FDA's PMA process).  Exhibits A through H are not subject to dispute and are available to the public and this Court through the FDA's website.  They specifically

– 4 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

confirm the Premarket Approval status of the medical device at issue in this case. These Exhibits reflect actions taken or information disseminated by the FDA.

Moreover, the doctrine of incorporation by reference "permits a court 'to take into account documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the plaintiff's pleading.'" *Houston*, 2013 WL 3927839, *1, n.1 (quoting *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005). Exhibits I – M are the Infuse Device Instructions for Use in effect during the time frames in which Plaintiffs allege they were implanted with the Infuse Device. Because Plaintiffs' claims expressly challenge the sufficiency of the Infuse Device's Instructions for Use, these documents are incorporated by reference into the pleadings and thus are properly the subject of judicial notice.

Medtronic hereby requests the Court take judicial notice of Exhibits A through M, which are submitted in support of Medtronic's Motion to Dismiss.

Dated: February 14, 2014

REED SMITH LLP

By   /s/ Michael K. Brown
Michael K. Brown
Lisa M. Baird
Mildred Segura
Nabil A. Bisharat
*Attorneys for Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., Medtronic Vertelink, Inc., Wyeth LLC (erroneously sued as Wyeth, Inc.), Wyeth Pharmaceuticals Inc., Pfizer Inc., Alex Bolanos, Kevin Bradley, Debbie Pagach, and Maral Amiri*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 5 –