Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Lisa M. Baird (SBN 179958)
lbaird@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
Nabil A. Bisharat (SBN 270305)
nbisharat@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071

Telephone:   213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendants
Medtronic, Inc., Medtronic Sofamor Danek
USA, Inc., Medtronic Vertelink, Inc.,
Wyeth LLC (erroneously sued as Wyeth,
Inc.), Wyeth Pharmaceuticals Inc., Pfizer
Inc., Alex Bolanos, Kevin Bradley, Debbie
Pagach, and Maral Amiri

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PLUMMER, JOHNNY BALLINGER, TIMERY UEBBING, TERRY MARTINEZ, TABATHIA GATES, SHARON WHITE, SARA MCMILLAN, ROSILAND SPENCER, RONDA HOULE, NINA VINCENT, MICHAEL MCMILLAN, MAUREEN JACQUES, LORI SHOULDERS, LEONARD HUNTER, JIMMY WEEKS, ISABEL BUCKHOLDT, DYLAN WEST, AUDRA GUERRETTAZ, HASKELL CROFT, DAWN TRUAX, SHANNON COMPSTON, DEREK DAVIS, NORVEL DICKENS, GANA BRETT, JIMMY HENDRICK, JEFFERY HINES, BRENDA LANDIS, PATRICK MCCOY, JOHN MANCUSO, MARSHA MORRIS, ANTHONY NORMIL, PIO EMILIA, NANCY SCHREIBER, WILLIE STANBERRY JR., DOUGLAS PRESTIDGE, MARYANNE WAGNER, BYOTHA THOMAS, PATRICIA SHEPARD, ROSEMARY PENTON, NICHOLAS SCHULTZ, MARY TIMMONS, MELODIE WARD, CYNTHIA GIBSON, SHEILA GOODMAN-GILBERT, KRISTAL | Case No.  2:14-cv-00961-GW-FFMx<br><br>**[PROPOSED] ORDER REGARDING  JOINT STIPULATION TO CONTINUE MARCH 13, 2014 DEADLINE TO FILE RULE 26(F) JOINT REPORT AND MARCH 27, 2014 SCHEDULING CONFERENCE BY FORTY-FIVE (45) DAYS**<br><br>Compl. Filed:     November 26, 2013<br>FAC Filed:        December 18, 2013<br>Case Removed:   February 7, 2014<br><br>Honorable George H. Wu |

REED, PENNY ROMERO, SHIRLEY HANEY, KAREN SAPPINGTON, LINDA THOMPSON, and SCOTT SMITH,

Plaintiffs

vs.

MEDTRONIC, INC. MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC VERTELINK, INC., WYETH INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., DR. GARY K. MICHELSON, ALEX BOLANOS, KEVIN BRADLEY, DEBBIE PAGACH, MARAL AMIRI, and DOES 1 THROUGH 100, inclusive,

Defendants.

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

[PROPOSED] ORDER REGARDING JOINT STIPULATION TO CONTINUE MARCH 13, 2014 DEADLINE TO FILE RULE 26(F) JOINT REPORT AND MARCH 27, 2014 SCHEDULING CONFERENCE

## <u>ORDER</u>

After full consideration of Plaintiffs and Defendants' Stipulation to Continue the March 13, 2014 Deadline to File Rule 26(f) Joint Report and March 27, 2014 Scheduling Conference, and all other papers, pleadings, and matters in this case

**IT IS ORDERED THAT:**

The parties' request for a continuance of forty-five days from the date the Court rules on Defendants' Motions to Dismiss, Transfer and Sever and/or Plaintiffs' anticipated Motion for Remand for both the last day to file the Rule 26(f) Joint Report and the Scheduling Conference is hereby **GRANTED**.  The parties shall file their Rule 26(f) Joint Report and attend the Scheduling Conference in this matter forty-five days from the date the Court enters such an Order, or at another date as ordered by this Court.

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable George H. Wu
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- 1 -

[PROPOSED] ORDER REGARDING JOINT STIPULATION TO CONTINUE MARCH 13, 2014 DEADLINE TO FILE RULE 26(F) JOINT REPORT AND MARCH 27, 2014 SCHEDULING CONFERENCE