John Lytle (CA SBN 291546)
NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP
111 Corporate Drive, Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 234-6032
Facsimile: (949) 429-0892
jlytle@napolibern.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Richard Plummer, *et al*., Plaintiffs, vs. Medtronic Inc., *et al* Defendants. | Case No. 2:14-cv-00961 GW-FFMx<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: April 21, 2014<br>Time: 8:30 a.m.<br>Place: Courtroom 10<br><br>Honorable George H. Wu<br><br>[Filed concurrently with Memorandum of Points and Authorities; Declaration of John Lytle; and [Proposed Order] |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN THAT** on, April 21, 2014 at 8:30 a.m., in the courtroom of the Hon. George H. Wu, Courtroom 10, in the above-entitled Court, Plaintiffs will and hereby do move the Court for an Order remanding this action to the Superior Court for Los Angeles County, State of California, pursuant to 28 U.S.C. § 1447 and 28 U.S.C § 1332 because there is no complete diversity between the Plaintiff and Defendants; (2) Plaintiff has pled sufficient facts to meet their initial pleading burdens; (3) All parties were properly joined; and (4) the forum defendant rule under 28 § 1441(b)(2) precludes removal of this case.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of John Lytle in Support of Plaintiffs' Motion to Remand and the Exhibits thereto, and on the papers, records, and pleadings on file herein, and such argument as the Court may allow.

DATED: March 7, 2014 NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP

By: /s/ John Lytle

John Lytle
Attorney for Plaintiffs