**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Richard Plummer, *et al*.,<br><br>              Plaintiffs,<br><br>       vs.<br><br>Medtronic Inc., *et al*<br>              Defendants. | Case No. 2:14-cv-00961 GW-FFMx<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: April 21, 2014<br>Time: 8:30 a.m.<br>Place: Courtroom 10<br><br>Honorable George H. Wu<br><br>[Filed concurrently with Notice of Motion, Memorandum of Points and Authorities; and Declaration of John Lytle] |

THIS COURT, having reviewed and considered Plaintiffs' Motion to Remand to State Court, and all associated briefings and submissions of the parties, both in support of and in opposition to, and having heard the arguments of counsel, if any, and for good cause show;

IT IS ON THIS _____ day of _____, 2014, hereby

**ORDERED** that Plaintiffs' Motion to Remand to State Court is GRANTED in its entirety and that the above-captioned action is hereby remanded to the Superior Court of California, Los Angeles County.

DATED:_____, 2014          By: _____
                                          Hon. George H. Wu
                                          United States District Judge

2:14-cv-00961 GW-FFMx
[PROPOSED] ORDER GRANTING REMAND