John Lytle (CA SBN 291546)
JLytle@Napolibern.com
Nicholas R. Farnolo
Nfarnolo@Napolibern.com
NAPOLI BERN RIPKA SHKOLNIK LLP
111 Corporate Drive
Suite 225
Ladera Ranch, CA 92964

Telephone:  (949) 234-6032
Facsimile:  (949) 234-6031

*Attorneys for Plaintiffs Richard
Plummer, et al*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PLUMMER, JOHNNY BALLINGER, TIMERY UEBBING, TERRY MARTINEZ, TABATHIA GATES, SHARON WHITE, SARA MCMILLAN, ROSILAND SPENCER, RONDA HOULE, NINA VINCENT, MICHAEL MCMILLAN, MAUREEN JACQUES, LORI SHOULDERS, LEONARD HUNTER, JIMMY WEEKS, ISABEL BUCKHOLDT, DYLAN WEST, AUDRA GUERRETTAZ, HASKELL CROFT, DAWN TRUAX, SHANNON COMPSTON, DEREK DAVIS, NORVEL DICKENS, GANA BRETT, JIMMY HENDRICK, JEFFERY HINES, BRENDA LANDIS, PATRICK MCCOY, JOHN MANCUSO, MARSHA MORRIS, ANTHONY NORMIL, PIO EMILIA, NANCY SCHREIBER, | Case No.  CV 14-961-GW(FFMx) **ORDER RE: APPLICATION TO CONTINUE PLAINTIFFS MOTION TO REMAND AND DEFENDANTS MOTION TO DISMISS, TRANSFER VENUE AND SEVER FROM APRIL 21, 2014 TO MAY 5, 2014** Compl. Filed:     November 26, 2013 FAC Filed:        December 18, 2014 Case Removed:   February 7, 2014 Judge:           Hon. George H. Wu |

[PROPOSED] ORDER

WILLIE STANBERRY JR., DOUGLAS PRESTIDGE, MARYANNE WAGNER, BYOTHA THOMAS, PATRICIA SHEPARD, ROSEMARY PENTON, NICHOLAS SCHULTZ, MARY TIMMONS, MELODIE WARD, CYNTHIA GIBSON, SHEILA GOODMAN-GILBERT, KRISTAL REED, PENNY ROMERO, SHIRLEY HANEY, KAREN SAPPINGTON, LINDA THOMPSON, and SCOTT SMITH,

                    Plaintiffs

        vs.

MEDTRONIC, INC. MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC VERTELINK, INC., WYETH INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., DR. GARY K. MICHELSON, ALEX BOLANOS, KEVIN BRADLEY, DEBBIE PAGACH, MARAL AMIRI, and DOES 1 THROUGH 100, inclusive,

Defendants.

[PROPOSED] ORDER

# ORDER

After full consideration of Plaintiffs' and Defendants' Stipulation to Continue the April 21, 2014 hearing on Medtronic's Motions to Dismiss, Sever, and Transfer and Plaintiffs Motion to Remand to May 5, 2014, and all other papers, pleadings, and matters in this case,

## IT IS ORDERED THAT:

The parties' request to continue the hearing on Medtronic's Motions to Dismiss, Sever, and Transfer and Plaintiffs Motion to Remand to April 21, 2014 is hereby **GRANTED**, and these motions shall now be heard on May 5, 2014 at 8:30 a.m.

IT IS SO ORDERED.

DATED: April 21, 2014        _____

HON. GEORGE H. WU
U.S. DISTRICT COURT JUDGE

1

_____

[PROPOSED] ORDER