John Lytle (SBN 291546)
Jlytle@napolibern.com
Nicholas R. Farnolo (admitted *pro hac vice)*
Nfarnolo@Napolibern.com
NAPOLI BERN RIPKA SHKOLNIK LLP
111 Corporate Drive, Suite 225
Ladera Ranch, CA 92964

Telephone: (949) 234-6032
Facsimile: (949) 234-6031

**Attorneys for Plaintiffs Richard Plummer, *et al***

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RICHARD PLUMMER, JOHNNY BALLINGER, TIMERY UEBBING, TERRY MARTINEZ, TABATHIA GATES, SHARON WHITE, SARA MCMILLAN, ROSILAND SPENCER, RONDA HOULE, NINA VINCENT, MICHAEL MCMILLAN, MAUREEN JACQUES, LORI SHOULDERS, LEONARD HUNTER, JIMMY WEEKS, ISABEL BUCKHOLDT, DYLAN WEST, AUDRA GUERRETTAZ, HASKELL CROFT, DAWN TRUAX, SHANNON COMPSTON, DEREK DAVIS, NORVEL DICKENS, GANA BRETT, JIMMY HENDRICK, JEFFERY HINES, BRENDA LANDIS, PATRICK MCCOY, JOHN MANCUSO, MARSHA MORRIS, ANTHONY NORMIL, PIO EMILIA, NANCY SCHREIBER, WILLIE STANBERRY JR., DOUGLAS PRESTIDGE, MARYANNE WAGNER, BYOTHA THOMAS, PATRICIA SHEPARD, ROSEMARY PENTON,

Case No.: 2:14-CV-00961-GW-FFM

**JOINT STIPULATION TO CONTINUE MAY 5, 2014 HEARING RE: MOTIONS TO DISMISS, SEVER, TRANSFER AND REMAND TO JUNE 5, 2014**

Compl. Filed: November 26, 2013
FAC Filed: December 18, 2013
Case Removed: February 7, 2014

Honorable George H. Wu

NICHOLAS SCHULTZ, MARY TIMMONS, MELODIE WARD, CYNTHIA GIBSON, SHEILA GOODMAN-GILBERT, KRISTAL REED, PENNY ROMERO, SHIRLEY HANEY, KAREN SAPPINGTON, LINDA THOMPSON, and SCOTT SMITH,

Plaintiffs

vs.

MEDTRONIC, INC. MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC VERTELINK, INC., WYETH INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., DR. GARY K. MICHELSON, ALEX BOLANOS, KEVIN BRADLEY, DEBBIE PAGACH, MARAL AMIRI, and DOES 1 THROUGH 100, inclusive,

Defendants.

**STIPULATION**

Plaintiffs Richard Plummer, *et al*, and Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., Medtronic Vertelink, Inc., (collectively "Medtronic"), Wyeth LLC (erroneously sued as Wyeth, Inc.), Wyeth Pharmaceuticals Inc., Pfizer Inc., Alex Bolanos, Kevin Bradley, Debbie Pagach, and Maral Amiri (collectively "Defendants"), by and through their respective attorneys or record, stipulate and agree as follows:

Medtronic filed its Motions to Dismiss, Transfer, and Sever on February 14, 2014, which are scheduled to be heard on May 5, 2014. Plaintiffs filed a Motion

for Remand on March 7, 2014, which was set to be heard on May 5, 2014. All motions have been fully briefed and submitted to the Court.

Plaintiffs' Counsel is currently on trial, and expects that trial will run through the remainder of April and all of May 2014. Participation in this trial was not previously anticipated. The parties previously requested a continuance for the hearing on Medtronic's Motions to Dismiss, Transfer, and Sever (originally scheduled to be heard on April 3, 2013) to April 21, 2014, but only to align those motions with the hearing on Plaintiffs' Motion to Remand, which was scheduled for hearing on April 21, 2014. The parties also requested and were granted a continuance from April 21, 2014 to May 5, 2014 for all motions.

As such, **IT IS HEREBY STIPULATED THAT:**

The parties jointly stipulate to have Medtronic's Motions to Dismiss, Sever, and Transfer, as well as the Plaintiffs' Motion for Remand heard on June 5, 2014.

DATED: April 29, 2014

NAPOLI BERN RIPKA SHKOLNIK & ASSOC., LLP

By /s/ Nicholas R. Farnolo
Nicholas R. Farnolo
Attorneys for Plaintiffs

DATED: April 29, 2014

REED SMITH LLP
By /s/ Michael K. Brown
Michael K. Brown
Lisa M. Baird
Mildred Segura
Nabil A. Bisharat
*Attorneys for Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., Medtronic Vertelink, Inc., Wyeth LLC (erroneously sued as*

*Wyeth, Inc.), Wyeth Pharmaceuticals Inc., Pfizer Inc., Alex Bolanos, Kevin Bradley, Debbie Pagach, and Maral Amiri*