Michael K. Brown (SBN 104252)
mkbrown@reedsmith.com
Lisa M. Baird (SBN 179958)
lbaird@reedsmith.com
Mildred Segura (SBN 210850)
msegura@reedsmith.com
Nabil A. Bisharat (SBN 270305)
nbisharat@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071

Telephone:   213.457.8000
Facsimile:   213.457.8080

Attorneys for Defendants
Medtronic, Inc., Medtronic Sofamor
Danek USA, Inc., Medtronic Vertelink,
Inc., Wyeth LLC (erroneously sued as
Wyeth, Inc.), Wyeth Pharmaceuticals
Inc., Pfizer Inc., Alex Bolanos, Kevin
Bradley, Debbie Pagach, and Maral
Amiri

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PLUMMER, JOHNNY BALLINGER, TIMERY UEBBING, TERRY MARTINEZ, TABATHIA GATES, SHARON WHITE, SARA MCMILLAN, ROSILAND SPENCER, RONDA HOULE, NINA VINCENT, MICHAEL MCMILLAN, MAUREEN JACQUES, LORI SHOULDERS, LEONARD HUNTER, JIMMY WEEKS, ISABEL BUCKHOLDT, DYLAN WEST, AUDRA GUERRETTAZ, HASKELL CROFT, DAWN TRUAX, SHANNON COMPSTON, DEREK DAVIS, NORVEL DICKENS, GANA BRETT, JIMMY HENDRICK, JEFFERY HINES, BRENDA LANDIS, PATRICK MCCOY, JOHN MANCUSO, MARSHA MORRIS, ANTHONY NORMIL, PIO EMILIA, NANCY SCHREIBER, WILLIE STANBERRY JR., DOUGLAS PRESTIDGE, MARYANNE WAGNER, BYOTHA THOMAS, PATRICIA SHEPARD, ROSEMARY PENTON, NICHOLAS SCHULTZ, MARY TIMMONS, MELODIE WARD, CYNTHIA GIBSON, SHEILA | Case No.: 2:14-cv-00961-GW-FFMx **DEFENDANTS MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC., AND MEDTRONIC VERTELINK, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** Date:      May 5, 2014 Time:      8:30 a.m. Place:     Courtroom 10 FAC Filed:  December 18, 2013 Honorable George H. Wu |

MEDTRONIC DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

GOODMAN-GILBERT, KRISTAL REED, PENNY ROMERO, SHIRLEY HANEY, KAREN SAPPINGTON, LINDA THOMPSON, and SCOTT SMITH,

                    Plaintiffs

    vs.

MEDTRONIC, INC., MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC VERTELINK, INC., WYETH INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., DR. GARY K. MICHELSON, ALEX BOLANOS, KEVIN BRADLEY, DEBBIE PAGACH, MARAL AMIRI, and DOES 1 THROUGH 100, inclusive,

                    Defendants.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

MEDTRONIC DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants Medtronic, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Vertelink, Inc. (collectively, "Medtronic") wish to alert the Court that on April 30, 2014, the California Supreme Court granted Medtronic's petition for review of the decision of the California Court of Appeal in *Coleman v. Medtronic, Inc.*, 223 Cal.App.4th 413 (2014) (*Coleman I*). *See* California Supreme Court Docket (Register of Actions) for *Coleman v. Medtronic, Inc.*, Case No. S217050, available at http://appellatecases.courtinfo.ca.gov/search/case/dockets.cfm?dist=0&doc_id=2071102 &doc_no=S217050 (last visited April 30, 2014).

*Coleman I* was cited by Medtronic in its Motion to Dismiss [*see Doc. 23-1 at 9*]; by Plaintiffs in their Opposition to Medtronic's Motion to Dismiss [*see Doc. 32, at 16*], and again by Medtronic in its Reply in Support of its Motion [*see Doc. 42, at 11, 13*].

Dated:  April 30, 2014                    REED SMITH LLP

By___/s/ Michael K.. Brown_____
        Michael K. Brown
        Attorneys for Defendants
        Medtronic, Inc. and
        Medtronic Sofamor Danek USA, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –