John Lytle, Esq.
Napoli Bern Ripka Shkolnik & Associates LLP
111 Corporate Drive, Suite 225
Jlytle@napolibern.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Plummer, et al. | **CASE NUMBER**<br>CV 14-961-GW(FFMx) |
| v. **Plaintiff(s)** | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE** |
| Medtronic, Inc., et al **Defendant(s).** | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice filed by

Shklonik, Hunter J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of Napoli Bern Ripka Shkolnik
350 Fifth Avenue, Suite 7413
New York, NY 10118
*Firm Name & Address*

(212) 267-3700    (212) 587-0031
*Telephone Number*   *Fax Number*

hunter@napolibern.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of

Richard Plummer, et al.
*Name(s) of Party(ies) Represented*

Plaintiff **X**    Defendant:    Other:

**and designating as Local Counsel**

John Lytle
*Designee's Name (Last Name, First Name & Middle Initial)*

of Napoli Bern Ripka Shkolnik
111 Corporate Drive, Suite 225
Ladera Ranch, CA 92964
*Firm Name & Address*

291546         (949) 234-6032
*Designee's Cal. Bar Number*   *Telephone Number*
              (949) 429-0892
              *Fax Number*

hereby ORDERS the Application be:

Jlytle@napolibern.com
*E-Mail Address*

☒ **GRANTED.**

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED, for failure to pay the required fee.

**Dated: May 29, 2014**

*/s/ George H. Wu*

**GEORGE H. WU, U.S. District Judge**