Hunter J. Shkolnik (admitted *pro hac vice*)
Nicholas R. Farnolo (admitted *pro hac vice*)
John Lytle (CA SBN 291546)
NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES LLP
111 Corporate Drive, Suite 225
Ladera Ranch, CA 92694
Telephone:    (949) 234-6032
Facsimile:    (949) 429-0892
Hunter@napolibern.com
Nfarnolo@napolibern.com
jlytle@napolibern.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PLUMMER, JOHNNY BALLINGER, TIMERY UEBBING, TERRY MARTINEZ, TABATHIA GATES, SHARON WHITE, SARA MCMILLAN, ROSILAND SPENCER, RONDA HOULE, NINA VINCENT, MICHAEL MCMILLAN, MAUREEN JACQUES, LORI SHOULDERS, LEONARD HUNTER, JIMMY WEEKS, ISABEL BUCKHOLDT, DYLAN WEST, AUDRA GUERRETTAZ, HASKELL CROFT, DAWN TRUAX, SHANNON COMPSTON, DEREK DAVIS, NORVEL DICKENS, GANA BRETT, JIMMY HENDRICK, JEFFERY HINES, BRENDA LANDIS, PATRICK MCCOY, JOHN MANCUSO, MARSHA MORRIS, ANTHONY NORMIL, PIO EMILIA, NANCY SCHREIBER, WILLIE STANBERRY JR., DOUGLAS PRESTIDGE, MARYANNE WAGNER, BYOTHA THOMAS, PATRICIA SHEPARD, ROSEMARY PENTON, NICHOLAS SCHULTZ, MARY | Case No.: 2:14-CV-00961-GW-FFM<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date: June 5, 2014<br>Time: 8:30 a.m.<br>Place: Courtroom 10<br><br>Honorable George H. Wu |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

TIMMONS, MELODIE WARD, CYNTHIA GIBSON, SHEILA GOODMAN-GILBERT, KRISTAL REED, PENNY ROMERO, SHIRLEY HANEY, KAREN SAPPINGTON, LINDA THOMPSON, and SCOTT SMITH,

Plaintiffs

vs.

MEDTRONIC, INC. MEDTRONIC SOFAMOR DANEK USA, INC., MEDTRONIC VERTELINK, INC., WYETH INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., DR. GARY K. MICHELSON, ALEX BOLANOS, KEVIN BRADLEY, DEBBIE PAGACH, MARAL AMIRI, and DOES 1 THROUGH 100, inclusive,

Defendants.

Case No. 2:14-cv-00961 GW-FFMx

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiffs wish to alert the Court that on June 2, 2014, the United States District Court for the Northern District of Illinois- Eastern Division, tendered the decision referenced below.  As such, Plaintiffs' respectfully submit this Notice of Supplemental Authority in Support of Their Opposition to Defendants' Motion to Dismiss and hereby brings to the Court's attention the following recent decision:

> *Hornbeck et al., v. Medtronic, Inc., et al.,* No. 13-c-7816 (E.D.IL, June 2, 2014). A true and correct copy of the Memorandum Opinion and Order of Judge Virginia M. Kendall is attached hereto as Exhibit A denying Defendants Medtronic, Inc. and Medtronic Sofamor Danek, USA, Inc.'s Motion to Dismiss.

**Dated this 4th day of June, 2014**　　　　　NAPOLI BERN RIPKA SHKOLNIK , LLP


By:　/s/ Nicholas R. Farnolo

　　Nicholas R. Farnolo
　　Attorney for Plaintiffs

1

2:14-cv-00961 GW-FFMx

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS