

**TERRY NAFISI**
District Court Executive and
Clerk of Court

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

June 6, 2014

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Clerk of the Court
Los Angeles County Superior Court
111 North Hill Street
Los Angeles, CA 90012

FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re:   Case Number: CV 14-00961 GW (FFMX)

Previously Superior Court Case No. BC528729

Case Name: Richard Plummer et al v. Medtronic Inc et al

Dear Sir / Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____6/5/14_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U. S. District Court

By: Madelina Guerrero     *K. Sali-Suleyman*
    Deputy Clerk

☒ Western   ☐ Eastern   ☐ Southern Division

*cc: Counsel of record*

---

Receipt is acknowledged of the documents described herein.

_June 10, 2014_
Date

Clerk, Superior Court

By: _Hendrickson_
    Deputy Clerk

CV - 103 (09/08)                **LETTER OF TRANSMITTAL - REMAND TO SUPERIOR COURT (CIVIL)**